Patrick Q. Hall, Ca. Bar No. 97019
Lauren M. Hofflin, C. Bar No. 310005
Law Offices of Patrick Q. Hall
501 West Broadway, Suite 730
San Diego, California 92101
Telephone: (619) 268-4040
Fax: (619) 268-4041
pat@pqhlaw.com

Attorneys for Defendant
DANIEL ANTHONY FISCHBECK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL ANTHONY FISCHBECK, (1)<br><br>Defendant. | CASE NO. 20-CR-0479-LAB-1<br><br>**DECLARATION OF PATRICK Q. HALL IN SUPPORT OF MOTION TO (1) CONTINUE MOTION HEARING, AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

I, Patrick Q. Hall, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the Southern District of California and was appointed to represent Mr. Fischbeck under the Criminal Justice Act on or about January 14, 2020.

2. Mr. Fischbeck is charged in a two count information with two firearm possession charges. In Count One, he is charged with possession of a firearm while subject to a specified restraining order in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2). In Count Two, he is charged with being an unlawful

1

user or addict to controlled substances in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

3. The motion hearing and trial setting appearance in this case is currently set for April 17, 2020 at 10:00 a.m.

4. On or about March 11, 2020, Defendant FISCHBECK filed a discovery motion, (Dkt # 16), which motion is still pending.

5. On or about March 19, 2020, Defendant FISCHBECK was released on bond in this matter. Since that date, defense counsel has communicated with the defendant only by phone for the following reasons:

6. On March 13, 2020, based upon information provided to me through a number of sources, the decision was made to close my business offices due to the Covid-19, coronavirus pandemic. On that date, all employees were directed to work from home.

7. Since my offices have been closed, I have only made one court appearance— the bail modification hearing for Defendant FISCHBECK.

8. I am currently 65 years of age and am in the age group of the population described as most vulnerable to the Covid-19 virus (although based on news reports I believe that all age groups in our society are vulnerable to the disease.)

9. As a result, I have essentially self-confined at my residence, leaving the residence only to go to the grocery store and pick up files and mail from my office. My family, my wife (recently remarried) and my two step-children, have also confined themselves to the residence, which we believe is essential to prohibit the spread of Covid-19.

10. Because of my restrictions, I have not met with clients at jails or at my office. The various jails have imposed frequently changing limitations on personal contacts with inmates, which as of now prohibit in contact visits for the most part.

11. There are a number of items of discovery in this case, which I still need to personally review with Defendant FISCHBECK, including body camera recordings from the law enforcement officers first arresting him. I also need to review a proposed plea agreement with him.

12. Before his release from custody, Mr. FISCHBECK was isolated at MCC due to flu-like symptoms. He was not tested for Covid-19 at the time—late February, early March.

13. In light of the highly contagious nature of the virus, and State imposed Stay-at-Home directives, I do not feel comfortable personally meeting with Defendant FISCHBECK or any other defendant at this time. For the foregoing reasons, I am requesting that the court issue an order continuing the motion hearing date to June 8, 2020 at 10:00 a.m. and excluding all time under the Speedy Trial Act pursuant to Title 18 U.S.C. 3161(h)(7)(A) (to protect public health and safety in the face of the Covid-19 national emergency) and 18 USC section 3174.

14. I have contacted Assistant United States Attorney Benjamin A. Bish, and he has stated that he does not oppose this request.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 3rd day of April, 2020 at El Cajon, California.

 s/ Patrick Q. Hall
PATRICK Q. HALL