```
ROBERT S. BREWER, JR.
United States Attorney
BENJAMIN A. BISH
Assistant United States Attorney
Georgia Bar No. 904224
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8662
Email: benjamin.bish@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr0479-LAB |
| Plaintiff, | DECLARATION OF AUSA BENJAMIN A. BISH |
| v. | |
| DANIEL ANTHONY FISCHBECK, | |
| Defendant. | |

I, Benjamin A. Bish, declare:

I am an Assistant U.S. Attorney for the Southern District of California, and am representing the United States in the above case.

1. On November 16, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DANIEL ANTHONY FISCHBECK ("Defendant") in the following property:

> Springfield Armory, Geneseo, IL Unknown Pistol, CAL: 45, Serial Number: US660380.

2. For thirty (30) consecutive days ending on December 23, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the pistol in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of

1  the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
2  Actions, and further notifying all third parties of their right to petition the Court
3  within thirty (30) days of the final publication for a hearing to adjudicate the validity
4  of their alleged legal interest in the pistol.

5      3.    There were no potential third parties known to the United States to have
6  alleged an interest in the forfeited pistol; therefore, no one was provided with direct
7  notice of the forfeiture.

8      4.    Thirty (30) days have passed following the final date of notice by
9  publication, and no third party has made a claim to or declared any interest in the
10 forfeited property described above.

11     I declare under penalty of perjury that the foregoing is true and correct.
12     Executed on January 25, 2021.

        s/ Benjamin A. Bish

        BENJAMIN A. BISH
        Assistant U.S. Attorney