# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| Daniel Anthony Fischbeck (1) | Case Number: 20-cr-00479-LAB-1 |

**FILED**
SEP 15 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ 7H DEPUTY

11058984

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Daniel Anthony Fischbeck (1)**
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 9-14-2021
ARRESTED BY: Divsin TEJEDA

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: D. PRICE

2021 SEP -1 AM 10: 32
RECEIVED U.S. MARSHALS-S/CA

In violation of Title  **See Above**  United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Dunbar | 9/1/2021 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ **NO BAIL**  by  The Honorable Larry Alan Burns
                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |