AO 442

**FILED**

SEP 2 0 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**V.**

Daniel Anthony Fischbeck (1)

**WARRANT FOR ARREST**

**Case Number:** 20-cr-00479-LAB-1

~~NOT FOR PUBLIC VIEW~~

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Daniel Anthony Fischbeck (1)
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                                          ☐ Pretrial Violation

charging him or her with (brief description of offense):

In violation of Title _____ See Above _____ United States Code, Section(s) _____

John Morrill                                                    Clerk of the Court
Name of Issuing Officer                                    Title of Issuing Officer

s/ S. Dunbar                                                  9/1/2021 San Diego, CA
Signature of Deputy                                          Date and Location

Bail fixed at $ _____ NO BAIL _____ by _____ The Honorable Larry Alan Burns
                                                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |